■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARNEATHA SMITH, Appellant. [838 NYS2d 456]—Appeal from a judgment of the Monroe County Court (John J. Connell, J.), rendered November 21, 2003. The judgment convicted defendant, upon her plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Gorski, Smith, Fahey and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAULY PESANTE-DAVILA, Appellant. [838 NYS2d 456]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered September 13, 2005. The judgment convicted defendant, upon his plea of guilty, of criminal sexual act in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Gorski, Smith, Fahey and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL KENNEDY, Appellant. [838 NYS2d 456]—Appeal from a judgment of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), rendered December 15, 2005. The judgment convicted defendant, upon his plea of guilty, of sale of unstamped cigarettes.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Gorski, Smith, Fahey and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY J. ROTHWELL, Appellant. [838 NYS2d 456]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered May 31, 2006. The judgment convicted defendant, upon his plea of guilty, of attempted assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Gorski, Smith, Fahey and Green, JJ.